| | |
|---|---|
| HARVEY SISKIND LLP | |
| Ian K. Boyd (SBN 191434) | |
| Matthew A. Stratton (SBN 254080) | |
| Four Embarcadero Center, 39th Floor | |
| San Francisco, California 94111 | |
| Telephone: (415) 354-0100 | |
| Facsimile: (415) 391-7124 | |
| iboyd@harveysiskind.com | |
| mstratton@harveysiskind.com | |
| | |
| WOOD, HERRON & EVANS, L.L.P. | |
| CLEMENT H. LUKEN (*pro hac vice*) | KING & KELLEHER, LLP |
| JOHN PAUL DAVIS (*pro hac vice*) | EDWARD VINCENT KING, JR. (SBN 085726) |
| 2700 Carew Tower | DIRK van AUSDALL (SBN 117279) |
| 441 Vine Street | Four Embarcadero Center, 17th Floor |
| Cincinnati, Ohio 45202-2917 | San Francisco, CA 94111 |
| Telephone: (513) 241-2324 | Telephone: (415) 781-2888 |
| Facsimile: (513) 241-6234 | Facsimile: (415) 781-3011 |
| cluken@whepatent.com | evking@kingandkelleher.com |
| jdavis@whepatent.com | dvanausdall@kingandkelleher.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| QUALITY GOLD, INC. | TRENT WEST |

IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila
9/18/2012

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| QUALITY GOLD, INC., | Case No. C 12-02652 EJD |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| TRENT WEST, | |
| Defendant. | |

1  This Stipulated Request and Proposed Order ("Stipulated Request") is entered into and made
2 by Plaintiff Quality Gold, Inc. ("Quality Gold") and Defendant Trent West ("West"), by and through
3 their respective counsel of record.

4  Pursuant to Local Civ. R. 6-2, the undersigned counsel hereby stipulate and request as
5 follows:

6  A. The parties' Case Management Conference is presently set for October 5, 2012 at 10:00
7     a.m.
8  B. The parties are engaged in negotiating and drafting a settlement agreement and believe
9     that the process would be facilitated if the parties could focus their efforts on finalizing the
10    agreement, instead of meeting the various deadlines associated with the Case Management
11    Conference.
12 C. The Parties agree that November 9, 2012 at 10:00 a.m. is an acceptable alternative
13    date/time for the Case Management Conference.
14 D. The Parties have previously requested, and the Court approved, a request to continue the
15    Case Management Conference from September 28, 2012 to October 5, 2012.
16 E. If granted, this time modification is not expected to have any effect on the greater
17    schedule for this case.
18 F. The Parties hereby respectfully request that the Case Management Conference be
19    rescheduled to November 9, 2012 at 10:00AM, or as soon thereafter as is convenient for
20    the Court.  The Parties also respectfully request that their Joint Case Management
21    Statement be due on or before October 26, 2012, and all deadlines calculated from the
22    date of the Case Management Conference be rescheduled accordingly .

23 / / /
24 / / /
25 / / /

-1-

STIPULATED REQUEST TO CONTINUE                                         CASE NO. C 12-02652 EJD
THE CASE MANAGEMENT CONFERENCE

Dated: September 14, 2012

Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

WOOD, HERRON & EVANS, L.L.P.
CLEMENT H. LUKEN
JOHN PAUL DAVIS

By: _____/s/_____
      Matthew A. Stratton

Attorneys for Plaintiff
Quality Gold, Inc.

KING & KELLEHER, LLP
EDWARD VINCENT KING, JR.
DIRK van AUSDALL

By: _____/s/_____
      Dirk van Ausdall

Attorneys for Defendant
Trent West

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is CONTINUED to November 9, 2012 at 10:00 AM. The parties shall file a Joint Case Management Conference statement on or before November 2, 2012.

Dated: September 18, 2012

_____
Hon. Edward J. Davila
United States District Judge

-2-

STIPULATED REQUEST TO CONTINUE
THE CASE MANAGEMENT CONFERENCE

CASE NO. C 12-02652 EJD

I, Matthew A. Stratton, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has concurred in this filing.

/s/
_____
Matthew A. Stratton