| | |
|---|---|
| HARVEY SISKIND LLP | |
| Ian K. Boyd (SBN 191434) | |
| Matthew A. Stratton (SBN 254080) | |
| Four Embarcadero Center, 39th Floor | |
| San Francisco, California 94111 | |
| Telephone: (415) 354-0100 | |
| Facsimile: (415) 391-7124 | |
| iboyd@harveysiskind.com | |
| mstratton@harveysiskind.com | |
| | |
| WOOD, HERRON & EVANS, L.L.P. | |
| CLEMENT H. LUKEN (*pro hac vice*) | KING & KELLEHER, LLP |
| JOHN PAUL DAVIS (*pro hac vice*) | EDWARD VINCENT KING, JR. (SBN 085726) |
| 2700 Carew Tower | DIRK van AUSDALL (SBN 117279) |
| 441 Vine Street | Four Embarcadero Center, 17th Floor |
| Cincinnati, Ohio  45202-2917 | San Francisco, CA  94111 |
| Telephone: (513) 241-2324 | Telephone: (415) 781-2888 |
| Facsimile: (513) 241-6234 | Facsimile: (415) 781-3011 |
| cluken@whepatent.com | evking@kingandkelleher.com |
| jdavis@whepatent.com | dvanausdall@kingandkelleher.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| QUALITY GOLD, INC. | TRENT WEST |

**IT IS SO ORDERED AS MODIFIED**

Judge Edward J. Davila

9/18/2012

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| QUALITY GOLD, INC., | Case No. C 12-02652 EJD |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| TRENT WEST, | |
| Defendant. | |

1    This Stipulated Request and Proposed Order ("Stipulated Request") is entered into and made by Plaintiff Quality Gold, Inc. ("Quality Gold") and Defendant Trent West ("West"), by and through their respective counsel of record.

Pursuant to Local Civ. R. 6-2, the undersigned counsel hereby stipulate and request as follows:

    A. The parties' Case Management Conference is presently set for October 5, 2012 at 10:00 a.m.

    B. The parties are engaged in negotiating and drafting a settlement agreement and believe that the process would be facilitated if the parties could focus their efforts on finalizing the agreement, instead of meeting the various deadlines associated with the Case Management Conference.

    C. The Parties agree that November 9, 2012 at 10:00 a.m. is an acceptable alternative date/time for the Case Management Conference.

    D. The Parties have previously requested, and the Court approved, a request to continue the Case Management Conference from September 28, 2012 to October 5, 2012.

    E. If granted, this time modification is not expected to have any effect on the greater schedule for this case.

    F. The Parties hereby respectfully request that the Case Management Conference be rescheduled to November 9, 2012 at 10:00AM, or as soon thereafter as is convenient for the Court. The Parties also respectfully request that their Joint Case Management Statement be due on or before October 26, 2012, and all deadlines calculated from the date of the Case Management Conference be rescheduled accordingly .

/ / /

/ / /

/ / /

-1-

STIPULATED REQUEST TO CONTINUE    CASE NO. C 12-02652 EJD
THE CASE MANAGEMENT CONFERENCE

Dated: September 14, 2012          Respectfully submitted,

                                           HARVEY SISKIND LLP
                                           IAN K. BOYD
                                           MATTHEW A. STRATTON

                                           WOOD, HERRON & EVANS, L.L.P.
                                           CLEMENT H. LUKEN
                                           JOHN PAUL DAVIS

                                           By: _____/s/_____
                                                      Matthew A. Stratton

                                           Attorneys for Plaintiff
                                           Quality Gold, Inc.

                                           KING & KELLEHER, LLP
                                           EDWARD VINCENT KING, JR.
                                           DIRK van AUSDALL

                                           By: _____/s/_____
                                                      Dirk van Ausdall

                                           Attorneys for Defendant
                                           Trent West

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is CONTINUED to November 9, 2012 at 10:00 AM. The parties shall file a Joint Case Management Conference statement on or before November 2, 2012.

Dated:  September 18, 2012          _____

                                           Hon. Edward J. Davila
                                           United States District Judge

1  I, Matthew A. Stratton, am the ECF User whose identification and password are being used to
2  file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has
3  concurred in this filing.

/s/
———————————————
Matthew A. Stratton

-3-