| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | Ian K. Boyd (SBN 191434) |
| 2 | Matthew A. Stratton (SBN 254080) |
| | Four Embarcadero Center, 39th Floor |
| 3 | San Francisco, California 94111 |
| 4 | Telephone: (415) 354-0100 |
| | Facsimile: (415) 391-7124 |
| 5 | iboyd@harveysiskind.com |
| | mstratton@harveysiskind.com |
| 6 | |

| | | |
|---|---|---|
| 7 | WOOD, HERRON & EVANS, L.L.P. | KING & KELLEHER, LLP |
| | Clement H. Luken (*admitted pro hac vice*) | Edward Vincent King, Jr. (SBN 085726) |
| 8 | John Paul Davis (*admitted pro hac vice*) | Dirk van Ausdall (SBN 117279) |
| | 2700 Carew Tower, 441 Vine Street | Four Embarcadero Center, 17th Floor |
| 9 | Cincinnati, Ohio 45202-2917 | San Francisco, CA 94111 |
| 10 | Telephone: (513) 241-2324 | Telephone: (415) 781-2888 |
| | Facsimile: (513) 241-6234 | Facsimile: (415) 781-3011 |
| 11 | cluken@whepatent.com | evking@kingandkelleher.com |
| | jdavis@whepatent.com | dvanausdall@kingandkelleher.com |
| 12 | | |
| 13 | Attorneys for Plaintiff and Counterdefendant | Attorneys for Defendant and Counterclaimant |
| | QUALITY GOLD, INC. | TRENT WEST |

*IT IS SO ORDERED*
Judge Edward J. Davila
9/28/2012

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| QUALITY GOLD, INC., | Case No. C 12-02652 EJD |
| Plaintiff, | **STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| v. | |
| TRENT WEST, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

---

STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE          CASE NO. C 12-02652 EJD

Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii), Plaintiff and Counterdefendant Quality Gold, Inc. and Defendant and Counterclaimant Trent West, by and through their respective counsel of record, stipulate that all claims between them in this action are hereby dismissed with prejudice. Each party shall bear its/his own costs and attorneys' fees. The Clerk shall close this file.

Dated: September 27, 2012    Respectfully submitted,

HARVEY SISKIND LLP
IAN K. BOYD
MATTHEW A. STRATTON

WOOD, HERRON & EVANS, L.L.P.
CLEMENT H. LUKEN
JOHN PAUL DAVIS

By: _____/s/_____
       Matthew A. Stratton

Attorneys for Plaintiff and Counterdefendant
QUALITY GOLD, INC.

KING & KELLEHER, LLP
EDWARD VINCENT KING, JR.
DIRK van AUSDALL

By: _____/s/_____
       Dirk van Ausdall

Attorneys for Defendant and Counterclaimant
TRENT WEST

I, Matthew A. Stratton, am the ECF User whose identification and password are being used to file this document. Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant and Counterclaimant Trent West has concurred in this filing.

/s/
_____
Matthew A. Stratton