HARVEY SISKIND LLP
Ian K. Boyd (SBN 191434)
Matthew A. Stratton (SBN 254080)
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124
iboyd@harveysiskind.com
mstratton@harveysiskind.com

WOOD, HERRON & EVANS, L.L.P.
Clement H. Luken (*admitted pro hac vice*)
John Paul Davis (*admitted pro hac vice*)
2700 Carew Tower, 441 Vine Street
Cincinnati, Ohio  45202-2917
Telephone:  (513) 241-2324
Facsimile: (513) 241-6234
cluken@whepatent.com
jdavis@whepatent.com

KING & KELLEHER, LLP
Edward Vincent King, Jr. (SBN 085726)
Dirk van Ausdall (SBN 117279)
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011
evking@kingandkelleher.com
dvanausdall@kingandkelleher.com

Attorneys for Plaintiff and Counterdefendant
QUALITY GOLD, INC.

Attorneys for Defendant and Counterclaimant
TRENT WEST

IT IS SO ORDERED

Judge Edward J. Davila

9/28/2012

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| QUALITY GOLD, INC.,<br><br>                 Plaintiff,<br><br>         v.<br><br>TRENT WEST,<br>                 Defendant.<br><br><br>AND RELATED COUNTERCLAIMS | Case No. C 12-02652 EJD<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

1       Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(ii), Plaintiff  and Counterdefendant Quality

2   Gold, Inc. and Defendant and Counterclaimant Trent West, by and through their respective counsel of

3   record, stipulate that all claims between them in this action are hereby dismissed with prejudice.

4   Each party shall bear its/his own costs and attorneys' fees.     The Clerk shall close this file.

5

6   Dated:  September 27, 2012                Respectfully submitted,

7                                             HARVEY SISKIND LLP
                                              IAN K. BOYD
8                                             MATTHEW A. STRATTON

9                                             WOOD, HERRON & EVANS, L.L.P.
                                              CLEMENT H. LUKEN
10                                            JOHN PAUL DAVIS

11
                                              By:  _____/s/_____
12                                                   Matthew A. Stratton

13                                            Attorneys for Plaintiff and Counterdefendant
14                                            QUALITY GOLD, INC.

15                                            KING & KELLEHER, LLP
                                              EDWARD VINCENT KING, JR.
16                                            DIRK van AUSDALL

17                                            By:  _____/s/_____
18                                                   Dirk van Ausdall

19                                            Attorneys for Defendant and Counterclaimant
                                              TRENT WEST
20

21

22       I, Matthew A. Stratton, am the ECF User whose identification and password are being used to

23   file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant and

24   Counterclaimant Trent West has concurred in this filing.

25                                            _____
26                                                   Matthew A. Stratton

27

28

STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE          CASE NO. C 12-02652 EJD